AO 470 (8/85) Order of Temporary Detention

RECEIVED
JUN 13 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# United States District Court

_Western_ DISTRICT OF _Louisiana_

UNITED STATES OF AMERICA

V.

_Neddie Falcon_
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 06-60080-01

Upon motion of the _defendant_, it is ORDERED that a detention hearing is set for _June 15, 2007_ * at _10:00 a.m._
                                        Date                          Time

before _MILDRED E. METHVIN, United States Magistrate Judge_
Name of Judicial Officer

Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
Other Custodial Official

Date: _June 13, 2007_                    _/s/_
                                          Judicial Officer

MILDRED E. METHVIN
United States Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.